IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: JAMIE GERRY            CASE NO. 4:20-11806 B
DEBTOR                      CHAPTER: 13

## MOTION TO SHORTEN NOTICE PERIOD ON MOTION TO SELL REAL PROPERTY TO TEN DAYS

Comes now the Debtor, by and through her attorney Chris Foster, and for her Motion to Shorten Time states as follows:

1. That a Motion to Sell Real Property was filed on September 16, 2020, with a twenty-one (21) day Notice of Opportunity to Object.

2. That the time to respond should be reduced to ten (10) days based upon the need of the debtor to complete the sale of the real property.

3. The debtor respectfully requests the notice period for the opportunity to object be shortened to ten (10) days.

Wherefore, the Debtor prays that this Court enter an Order shortening the notice period to ten days and for all other relief for which she may be entitled.

Respectfully Submitted,

\s\ Chris Foster

Chris Foster
Attorney at Law
P.O. Box 1079
Heber Springs, AR 72543

CERTIFICATE OF MAILING

      I, the undersigned, hereby certify that copies of the foregoing Motion have been mailed to the following:

Joyce B. Babin, Trustee
PO Box 8064
Little Rock, AR 72203

And all creditors per matrix.

Dated: September 16, 2020

                                               \s\ Chris Foster

                                               Chris Foster
                                               Attorney at Law
                                               P.O. Box 1079
                                               Heber Springs, AR 72543